IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02171-MSK-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

12895 CLARKSON CIRCLE, THORNTON, COLORADO, and
4355 EAST 139TH AVENUE, THORNTON, COLORADO,

Defendant(s).

## MINUTE ORDER

    It is hereby ORDERED that a Telephonic Status Conference is set on December 9, 2008, at 9:30 a.m., before Magistrate Judge Michael J. Watanabe. Counsel for the plaintiff shall initiate a conference call to opposing parties, and the court by calling (303) 844-2403.

Date: October 15, 2008