## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 08-cv-02171-CMA-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

12895 CLARKSON CIRCLE, THORNTON, COLORADO, and
4355 EAST 139TH AVENUE, THORNTON, COLORADO,

    Defendants.

---

## ORDER DISMISSING FORFEITURE ACTION
## ONLY AS TO 12895 CLARKSON CIRCLE

---

This matter comes before the Court on the United States' Unopposed Motion to Dismiss Forfeiture Action Only as to 12895 Clarkson Circle (Doc. # 57). The Court, having read said motion and being fully advised in the premises, FINDS AS FOLLOWS;

THAT the United States has commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT the United States has no further claim against defendant 12895 Clarkson Circle; and

THAT based upon the facts and verification set forth in the Verified Complaint, it appears that there was reasonable cause for the filing of the Amended Verified Complaint for Forfeiture as to Defendant 12895 Clarkson Circle.

IT IS HEREBY ORDERED that this forfeiture action is DISMISSED as to 12895 Clarkson Circle only, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.

IT IS FURTHER ORDERED that the caption on subsequent filings shall be amended to reflect the removal of 12895 Clarkson Circle as a Defendant in this matter.

SO ORDERED this __4th__ day of February, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge