IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02171-CMA-MJW

UNITED STATES OF AMERICA,

	Plaintiff,

v.

4355 EAST 139TH AVENUE, THORNTON, COLORADO,

	Defendant.

---

### FINAL ORDER OF FORFEITURE

---

This matter comes before the Court on Plaintiff's Unopposed Motion for Final Order of Forfeiture and Judgment as to Defendant 4355 East 139th Avenue, Thornton, Colorado. The Court having reviewed said Motion, FINDS as follows:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the only party to have filed a Claim and Answer is CitiMortgage. The United States and CitiMortgage have reached a settlement resolving all issues;

THAT no other claims to Defendant East 139th Avenue have been filed by any other party; and

THAT it further appears there is cause to issue a forfeiture order for Defendant East 139th Avenue under 21 U.S.C. § 881. Now, therefore,

IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of Defendant East 139th Avenue, more particularly described as Lot 5, Block 5, Homestead Hills Subdivision Filing No. 3, City of Thornton, County of Adams, State of Colorado, is entered in favor of the United States;

THAT the United States shall have full and legal title to the forfeited 4355 East 139th Avenue, and may dispose of it in accordance with law and the parties' Settlement Agreement;

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. §2465, which this Order constitutes, is granted as to Defendant East 139th Avenue; and

THAT the Clerk of Court is directed to enter Judgment as to Defendant East 139th Avenue.

SO ORDERED this __20th__ day of April, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge