**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02171-CMA-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4355 EAST 139TH AVENUE, THORNTON, COLORADO,

    Defendant.

---

**ORDER VACATING THE FINAL ORDER OF FORFEITURE
AS TO 4355 EAST 139TH AVENUE, THORNTON, COLORADO**

---

    This matter is before the Court on the United States' Motion to Vacate Final Order of Forfeiture as to Defendant 4355 East 139th Avenue, Thornton, Colorado. The Court, having reviewed said Motion and the case file, FINDS as follows:

    THAT for good cause shown, the Final Order of Forfeiture as to Defendant 4355 East 139th Avenue, Thornton, Colorado, entered on April 20, 2011 (Doc. # 63) shall be VACATED.

    DATED:  May __24__, 2011

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge