**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02171-CMA-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4355 EAST 139TH AVENUE, THORNTON, COLORADO,

      Defendant.

_____

**ORDER OF DISMISSAL**

_____

      This matter comes before the Court on the United States' Motion to Dismiss

(Doc. # 72) Pursuant to Fed.R.Civ.P. Rule 41(a)(2), and the Court having reviewed

said Motion FINDS:

      THAT for good cause shown, the Motion to Dismiss is GRANTED.

      SO ORDERED this ___24th___ day of May, 2011.

                        BY THE COURT:

                        _____

                        CHRISTINE M. ARGUELLO
                        United States District Court Judge